UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

ANNA SEIDE,

                        Debtors.

------------------------------------------------------------X

Index No. 19-71361

Chapter 13

STATE OF NEW YORK)
COUNTY OF SUFFOLK) ss.:

    COOPER J MACCO, attorney for the Debtor, sets forth as follows:

1. The Debtor filed a petition for relief in the above referenced matter on February 26, 2019.

2. I have reviewed my client's proof of payment which confirms that post-petition payments for August 2019, the first month after denial of loss mitigation and amendment to the chapter 13 plan, through December 2019, have been made to Nationstar Mortgage d/b/a Mr. Cooper.

3. Accordingly, Debtor is current on post-petition date secured payments as of the date of this affidavit.

                                              *s/Cooper J Macco*
                                              COOPER J MACCO

Sworn to before me this
 10 th day of December, 2019

*/s/ Janine M. Zarrilli*
Notary Public
*Janine M. Zarrilli*
*Notary Public, State of New York*
*No. O1ZA5084708*
*Qualified in Nassau County*
*Commission Expires September 8, 2021*